**Order entered March 14, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-01023-CV

### DAVONTAY ROBINS, Appellant

### V.

### DAVIS 1309 MAIN LLC, Appellee

### On Appeal from the County Court at Law No. 4
### Dallas County, Texas
### Trial Court Cause No. CC-21-04445-D

### ORDER

The reporter's record in this appeal has not been filed because appellant has not requested it. By letter dated February 22, 2022, we directed appellant to file, within ten days, written verification the record had been requested. Although we cautioned that failure to comply could result in the appeal being submitted without the reporter's record, to date appellant has not complied. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant's brief be filed no later than April 13, 2022.

/s/    KEN MOLBERG
       JUSTICE